Nancy Curry
Chapter 13 Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
(213) 689-3014   FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| BALDEMIAN, CHRISTINA | ) CASE NO.2:22-bk-15492-VZ |
| | ) |
| | ) **AMENDED** |
| | ) **NOTICE OF §341(a) MEETING** |
| | ) **OF CREDITORS** |
| | ) |
| | ) **Date: 11/17/2022** |
| | ) **Time: 9:00 AM** |
| | ) **Place: WILL BE CONDUCTED** |
| Debtor | ) **REMOTELY** |
| | ) |

In light of the current situations related to COVID-19 and in order to adhere to the social distancing guidelines, all §341(a) meetings of creditors commencing April 13, 2020 will be conducted remotely until further notice.

PLEASE TAKE NOTICE that the scheduled §341(a) meeting of creditors in the above-referenced matter will be conducted remotely at the same date and time as set forth above using the online video system Zoom in lieu of in-person at the location provided in the original Notice. Please refer to the instructions on the next page on how to access the meeting via Zoom.

Date: October 17, 2022                                       /s/ Nancy Curry

AMENDED NTC OF 341(A) MEETING

## INSTRUCTIONS ON HOW TO ACCESS ZOOM

If you have a headset with a microphone, such as the headphones you speak on your mobile phone with, please read the instructions below for "Accessing Zoom Online (with a Microphone)." If you *do not* have a headset with a microphone, please read "Accessing Zoom Online (without a Microphone)" below.

If you do not have a computer with Internet access, please read "Accessing Zoom via Telephone."

**Accessing Zoom Online (with a Microphone):**
1. Click on the following link:
**https://us06web.zoom.us/j/81078007278?pwd=b0Q2NkZkRlByazZTb3BVVXNsMlpuQT09**
2. Install Zoom when prompted. If you <u>are not prompted</u> to install Zoom, click "Download and Install" as shown on the screen. Install the application.
3. After Zoom is installed, enter your name as listed on your driver's license/state-issued ID. Click "Join Meeting.
4. If prompted, enter the following password: **692200**
5. Click "Join with Computer Audio." You are now in the meeting.

**Accessing Zoom Online (without a Microphone):**
1. Click on the following link:
**https://us06web.zoom.us/j/81078007278?pwd=b0Q2NkZkRlByazZTb3BVVXNsMlpuQT09**
2. Install Zoom when prompted. If you <u>are not prompted</u> to install Zoom, click "Download and Install" as shown on the screen. Install the application.
3. After Zoom is installed, enter your name as listed on your driver's license/state-issued ID. Click "Join Meeting."
4. If prompted, enter the following password: **692200**
5. Click "Phone Call" in the box that appears. Click "Done."
6. On your phone, dial **(877) 853-5247**.
7. When prompted, enter the Meeting ID: **810 7800 7278**. Hit "# (pound)" twice when prompted. You are now in the meeting.

**Accessing Zoom via Telephone:**
1. Call toll-free **(877) 853-5247**.
2. When prompted, enter the following Meeting ID: **810 7800 7278**.
3. Hit "# (pound)" when prompted. Hit "# (pound)" again. You do not need to enter a Participant ID.

# PROOF OF SERVICE DOCUMENT

In Re:    **BALDEMIAN, CHRISTINA**

**Case No. LA 2:22-bk-15492-VZ**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
NANCY CURRY, CHAPTER 13 TRUSTEE
1000 WILSHIRE BLVD., SUITE 870
LOS ANGELES, CA  90017

The foregoing document described as **AMENDED NOTICE OF 341(a) MEETING OF CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On October 17, 2022
I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On October 17, 2022, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor | Attorney for Debtor |
|---|---|
| BALDEMIAN, CHRISTINA | IN PRO PER |
| 1908 SUSSEX CT | |
| GLENDALE, CA 91206 | , - |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on October 17, 2022, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 17, 2022 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
|---|---|---|
| Date | Type Name | Signature |

```
Label Matrix for local noticing        Employment Development Dept         Franchise Tax Board
0973-2                                  Bankruptcy Group MIC 92E            Bankruptcy Section MS: A-340
Case 2:22-bk-15492-VZ                   P.O. Box 826880                     P.O. Box 2952
Central District of California          Sacramento, CA 94280-0001           Sacramento, CA 95812-2952
Los Angeles
Mon Oct 17 10:39:03 PDT 2022

(p)OFFICE OF  FINANCE   CITY OF LOS ANGELES    Los Angeles Division         (p)INTERNAL REVENUE SERVICE
200 N SPRING ST RM 101 CITY HALL        255 East Temple Street,             CENTRALIZED INSOLVENCY OPERATIONS
LOS ANGELES CA 90012-3224               Los Angeles, CA 90012-3332          PO BOX 7346
                                                                            PHILADELPHIA PA 19101-7346


PENNYMAC                                STATE OF CALIFORNIA                 United States Trustee (LA)
P.O. BOX 514387                         FRANCHISE TAX BOARD                 915 Wilshire Blvd, Suite 1850
LOS ANGELES, CA 90051-4387              P.O. BOX 3065                       Los Angeles, CA 90017-3560
                                        RANCHO CORDOVA CA 95741-3065


Christina Baldemian                     Nancy K Curry (TR)
1908 Sussex Ct                          1000 Wilshire Blvd., Suite 870
Glendale, CA 91206-1442                 Los Angeles, CA 90017-2466
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Los Angeles City Clerk                  DEPARTMENT OF THE TREASURY          End of Label Matrix
P.O. Box 53200                          INTERNAL REVENUE SERVICE            Mailable recipients    10
Los Angeles, CA 90053-0200              P.O. BOX 24017                      Bypassed recipients     0
                                        FRESNO CA 93779                     Total                  10
```