United States Bankruptcy Court

Central District of California

In re:                                                                                          Case No. 22-15492-VZ

Christina Baldemian                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2

Date Rcvd: Oct 25, 2022      Form ID: odspb      Total Noticed: 7

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Christina Baldemian, 1908 Sussex Ct, Glendale, CA 91206-1442 |
| 41308195 | + | STATE OF CALIFORNIA, FRANCHISE TAX BOARD, P.O. BOX 3065, RANCHO CORDOVA CA 95741-3065 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Oct 26 2022 04:48:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Oct 26 2022 04:48:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Oct 26 2022 00:41:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 41308196 | | EDI: IRS.COM | Oct 26 2022 04:48:00 | DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, P.O. BOX 24017, FRESNO CA 93779 |
| 41308194 | + | Email/PDF: ebnotices@pnmac.com | Oct 26 2022 00:48:12 | PENNYMAC, P.O. BOX 514387, LOS ANGELES, CA 90051-4387 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2022      Signature:      /s/Gustava Winters

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 25, 2022 | Form ID: odspb | Total Noticed: 7

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Nancy K Curry (TR) | TrusteeECFMail@gmail.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 2

Form odspb−odspab/autodismi
Rev. 06/2017

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL FOR
## FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**
Christina Baldemian

**BANKRUPTCY NO.** 2:22−bk−15492−VZ

**CHAPTER** 13

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):   xxx−xx−1695
**Employer Tax−Identification (EIN) No(s).(if any):**   N/A
**Debtor Dismissal Date:** 10/25/22

**Address:**
1908 Sussex Ct
Glendale, CA 91206

It appearing that the debtor(s) in the above−captioned case has failed to file all the documents required under FRBP 1007 or 3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with FRBP 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1)   The case is dismissed.

2)   The automatic stay is vacated.

3)   Any discharge entered in this case is vacated.

4)   The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: October 25, 2022

By the Court,

**Kathleen J. Campbell**
Clerk of Court

Form odspb−odspab/autodismi Rev. 06/2017

**9 / AUTU**